972 F.2d 1331
 Jones (John, Sr., Gail Kim)
v.
Bucks County Court of Common Pleas Criminal Division, Bucks
Cnty. Dist. Atty., Morrisville Boro Police Dept., Falls Twp.
Police Dept., Williams (A.D.A.), Borough of Morrisville,
Falkenstein (Harry), Rockafellow (Lee), Hofmann (John), Solt
(Edger), Pelehaty (Nicholas), Demech (Michael), Mount
(George), Mullen (William), Schell (Patricia), Grabowski
(Charles), Merker (Harry), Postachnick (William), Gaydula
(Eugene), Herron (Off.), Amrstrong
 NO. 92-1106
 United States Court of Appeals,
Third Circuit.
 July 21, 1992
 
 Appeal From: E.D.Pa.,
 Shapiro, J.
 
 
 1
 AFFIRMED.